1  **Bruce A. Neilson #096952**
   **7108 N. Fresno St. #410**
2  **Fresno, California  93720**
   **Telephone (559) 432-9831**
3  **Facsimile (559) 432-1837**

4  **Attorney for Defendants**
    Husam Kaileh and Rosalinda Morales
5

6                    **UNITED STATES DISTRICT COURT**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8                                   * * * * *

9                                          )    CASE NO. 1:18-cv-00237-LJO-BAM
   JOSE ACOSTA,                            )
10                                         )    STIPULATION AND ORDER SETTING
            Plaintiff,                     )    ASIDE DEFAULT AS TO DEFENDANTS
11                                         )    HUSAM KAILEH AND ROSALINDA
   vs.                                     )    MORALES
12                                         )
   ROSALINDA MORALES dba TACOS LA          )
13 PIEDAD; HUSAM KAILEH;                   )
                                           )
14          Defendant.                     )
                                           )
15 ─────────────────────────────────      )

16

17 WHEREAS:

18         1.      Plaintiff Jose Acosta filed this action on 2/16/2018.

19         2.      Plaintiff filed proofs of service showing service of the summons and complaint in

20 this action on Defendants Rosalinda Morales on 3/3/2018 and on Husam Kaileh on 3/22/2018. By

21 inadvertence and excusable neglect, caused by the Defendants miscommunication of the date the

22 documents served upon it, and defendants' counsel misplacing the contact information for the

23 defendants, no responsive pleading was filed by Defendant and default was entered by the Clerk of

24 this Court on 4/10/2018 as to defendant Rosalinda Morales and on 6/4/2018 as to defendant Husam

25 Kaileh, after application therefor by Plaintiff. No judgment has been entered.

26         3. Defendants have now been able to discuss the matter with counsel, obtain a CASp report

27 and engage in settlement discussions. Defendants believe they have a valid defense in this action

28 as set forth in the Proposed Answer Of Defendants Husam Kaileh and Rosalinda Morales To

1  Complaint which accompanies this Stipulation and Order.

2      4. Plaintiff consents to the setting aside of the default as to Defendants Husam Kaileh and

3  Rosalinda Morales

4      5. Setting aside the default will be in the interest of justice in that the parties will be able

5  to resolve the matter to the satisfaction of all parties, and the parties agree that settlement of this

6  case would save valuable court time and resources involved in bringing a motion to set aside the

7  default.

8

9  NOW THEREFORE, Defendants Husam Kaileh and Rosalinda Morales through their its attorneys,

10  and Plaintiff Jose Acosta, through his attorneys, hereby stipulate and agree that the default entered

11  in this action against Husam Kaileh and Rosalinda Morales shall be vacated and set aside, and that

12  Defendants Husam Kaileh and Rosalinda Morales shall be allowed to answer the Complaint within

13  10 days from the date of the filing the Order below, pending court approval.

14

15  IT IS SO STIPULATED.

16

17                                    MISSION LAW FIRM, A.P.C.

18  Dated: August 1, 2018                   /s/Zachary M. Best
                                        Zachary M. Best, Attorney for Plaintiff Jose Acosta
19

20

21  Dated: August 1, 2018                   /s/Bruce A. Neilson
                                        Bruce A. Neilson, Attorney for Defendants
22                                      Husam Kaileh and Rosalinda Morales

23

24  ///

25  ///

26  ///

27  ///

28  ///

**ORDER**

The Court adopts the stipulation of the parties set forth above. Accordingly, the default entered by the Clerk of the Court against Defendants Husam Kaileh and Rosalinda Morales is hereby VACATED. Defendants shall file a response to Plaintiff Jose Acosta's complaint within 10 days from the date of this Order.

IT IS SO ORDERED.

Dated:  **August 1, 2018**            /s/ *Barbara A. McAuliffe*          
                                                          UNITED STATES MAGISTRATE JUDGE