Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff,
Jose Acosta

Bruce A. Neilson #096952
7108 N. Fresno St. #410
Fresno, California 93720
Telephone (559) 432-9831
Facsimile (559) 432-1837

Attorney for Defendants
Rosalinda Morales dba Tacos La Piedad and Husam Kaileh

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>            Plaintiff,<br><br>     vs.<br><br>ROSALINDA MORALES dba TACOS LA PIEDAD, et al.,<br><br>            Defendants. | No. 1:18-cv-00237-LJO-BAM<br><br>**JOINT SCHEDULING REPORT**<br><br>Date: September 12, 2018<br>Time: 8:30 a.m.<br>Courtroom: 8<br>Magistrate Judge Barbara A. McAuliffe<br><br>**Telephonic Appearance Requested** |

Pursuant to Federal Rule of Civil Procedure 26(f), Plaintiff Jose Acosta ("Plaintiff") and Defendants Rosalinda Morales dba Tacos La Piedad and Husam Kaileh ("Defendants," and together with Plaintiff, the "Parties"), hereby file this Joint Scheduling Report.

The Parties report that they have just today agreed to the terms of a settlement, and a settlement agreement is being circulated for signature.  Once all signatures have been received, Plaintiff will promptly file a Notice of Settlement.

Accordingly, the Parties request that the Court continue the Scheduling Conference to a date convenient to the Court to afford the parties time to finalize their settlement and file the notice of settlement.

Dated: October 8, 2018                    MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Jose Acosta

Dated: October 8, 2018                    */s/ Bruce A. Neilson*
Bruce A. Neilson
Attorney for Defendant,
Husam Kaileh

JOINT SCHEDULING REPORT

Page 2