Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Jose Acosta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROSALINDA MORALES dba TACOS LA PIEDAD; HUSAM KAILEH;<br><br>　　　　　Defendants. | No. 1:18-cv-00237-LJO-BAM<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Jose Acosta and Defendants, Rosalinda Morales dba Tacos La Piedad; and Husam Kaileh, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated:  October 29, 2018                MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Jose Acosta

Dated:  October 29, 2018

*/s/ Bruce A. Nielson*
Bruce A. Nielson
Attorney for Defendants,
Rosalinda Morales dba Tacos La Piedad;
and Husam Kaileh

### ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Jose Acosta